```
1  MELINDA L. HAAG CSBN 132612           ** E-filed July 24, 2012 **
   United States Attorney
2  DONNA L. CALVERT, SBN IL 6191786
   Acting Regional Chief Counsel, Region IX
3  ELIZABETH BARRY, CSBN 203314
   Special Assistant United States Attorney
4
       160 Spear Street, 8th Floor
5      San Francisco, California 94105
       Telephone: (415) 977-8972
6      Facsimile: (415) 744-0134
       Email: Elizabeth.Barry@ssa.gov
7
   Attorneys for Defendant
8
```

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| MARTHA BERNAL DE FLETES, | CASE NO.: 5:12-cv-0661-HRL |
| Plaintiff, | STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until August 20, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

This is Defendant's first request for an extension of time in this matter.

Respectfully submitted,

Dated: July 20, 2012          */s/ Tom F. Weathered*
                              (as authorized via e-mail)
                              TOM F. WEATHERED
                              Attorney for Plaintiff

```
                                    MELINDA L. HAAG
                                    United States Attorney

Dated: July 20, 2012            By /s/ Elizabeth Barry
                                    ELIZABETH BARRY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant
```

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2012                    _____
                                        HOWARD R. LLOYD
                                        UNITED STATES MAGISTRATE JUDGE