\*\* E-filed July 24, 2012 \*\*

MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

   160 Spear Street, 8th Floor
   San Francisco, California 94105
   Telephone: (415) 977-8972
   Facsimile: (415) 744-0134
   Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| MARTHA BERNAL DE FLETES, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL J. ASTRUE, <br> Commissioner of <br> Social Security, <br><br> Defendant. | CASE NO.: 5:12-cv-0661-HRL <br><br> STIPULATION AND ~~PROPOSED~~ ORDER FOR A FIRST EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

     IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until August 20, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

     This is Defendant's first request for an extension of time in this matter.

                                        Respectfully submitted,

Dated: July 20, 2012         */s/ Tom F. Weathered*
                                    (as authorized via e-mail)
                                    TOM F. WEATHERED
                                    Attorney for Plaintiff

|   |   |
|---|---|
|   | MELINDA L. HAAG<br>United States Attorney |
| Dated: July 20, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2