\*\* E-filed August 20, 2012 \*\*

MELINDA L. HAAG CSBN 132612
United States Attorney
DONNA L. CALVERT, SBN IL 6191786
Acting Regional Chief Counsel, Region IX
ELIZABETH BARRY, CSBN 203314
Special Assistant United States Attorney

160 Spear Street, 8th Floor
San Francisco, California 94105
Telephone: (415) 977-8972
Facsimile: (415) 744-0134
Email: Elizabeth.Barry@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
**SAN JOSE DIVISION**

| | |
|---|---|
| MARTHA BERNAL DE FLETES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>　　　　　Defendant. | CASE NO.: 5:12-cv-0661-HRL<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR A SECOND EXTENSION FOR DEFENDANT TO FILE NOTICE, MOTION, AND MEMORANDUM IN SUPPORT OF CROSS-MOTION FOR SUMMARY JUDGMENT AND IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

　　　　IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a 30-day extension, or until September 19, 2012, in which to file his Notice, Motion, and Memorandum in Support of Cross-Motion for Summary Judgment and in Opposition to Plaintiff's Motion for Summary Judgment.

　　　　The undersigned Defendant's counsel will be on a family vacation the week of August 20, 2012. This request is not intended to cause intentional delay. This is Defendant's second request for an extension of time in this matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 17, 2012　　　　　　*/s/ Tom F. Weathered*
　　　　　　　　　　　　　　　　　　(as authorized via e-mail)
　　　　　　　　　　　　　　　　　　TOM F. WEATHERED
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

|  |  |
|---|---|
|  | MELINDA L. HAAG<br>United States Attorney |
| Dated: August 17, 2012 | By */s/ Elizabeth Barry*<br>ELIZABETH BARRY<br>Special Assistant U.S. Attorney<br>Attorneys for Defendant |

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: August 20, 2012

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

2