*E-FILED: March 31, 2013*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARTHA BERNAL DE FLETES, | No. C12-00661 HRL |
| Plaintiff, | **JUDGMENT** |
| v. | |
| CAROLYN W. COLVIN[1], Acting Commissioner of Social Security, | |
| Defendant. | |

Pursuant to this Court's order denying Plaintiff's motion for summary judgment and granting defendant's cross-motion for summary judgment, IT IS HEREBY ORDERED that judgment be entered for defendant and against plaintiff and that the Clerk of the Court close the file.

Dated: March 31, 2013

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**C12-00661 HRL Order will be electronically mailed to:**

Elizabeth Barry elizabeth.barry@ssa.gov

Tom F. Weathered tweathered@covad.net

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**